# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD WALTER OSSENBERG, | ) | NO. CV 10-7485-DOC(E) |
| Petitioner, | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| THE PEOPLE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Within twenty (20) days of the date of this order, Petitioner shall file a document attempting to show cause, if there be any, why this habeas corpus action should not be dismissed for failure to satisfy the "in custody" requirement of 28 U.S.C. section 2254(a). Failure timely to file such a document may result in the dismissal of this action for failure to prosecute.

DATED: November 12, 2010.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE