FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WALTER OSSENBERG, | NO. CV 10-7485-DOC(E) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, |
| THE PEOPLE OF CALIFORNIA, | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2   the Magistrate Judge's Report and Recommendation and the Judgment
 3   herein by United States mail on Petitioner, and counsel for
 4   respondent.
 5
 6        LET JUDGMENT BE ENTERED ACCORDINGLY.
 7
 8        DATED:      March 11, 2011      .
 9
10
11                              _____
12                                       DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE
```