FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WALTER OSSENBERG,  )<br>                           )<br>          Petitioner,     )<br>                           )<br>     v.                    )<br>                           )<br>THE PEOPLE OF CALIFORNIA,  )<br>                           )<br>          Respondent.      )<br>_____) | NO. CV 10-7485-DOC(E)<br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____*David O. Carter*_____.

_____*March 11, 2011*_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE